IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE HUMBERTO BARRERA, #82000-079 | § | |
| | § | CIVIL NO. 4:25-CV-00201-SDJ-BD |
| VS. | § | CRIM. NO. 4:20-CR-00179-SDJ-BD-28 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #24), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2026, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied and the case be dismissed with prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with

prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 25th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE